# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>MICHAEL R BRYANT<br>            Debtor. | In Proceedings<br>Under Chapter 13<br><br>Bk. Case No.: 09-33069 |
| RUSSELL C. SIMON,<br>CHAPTER 13 TRUSTEE,<br>            Objector.<br><br>TRI COUNTY MOTORS<br>COURT CLAIM NO. 9<br>            Creditor/Respondent. | |

## TRUSTEE'S OBJECTION TO COURT CLAIM NO. 9-1

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and objects to the claim of the above named creditor filed in this proceeding. The Trustee OBJECTS for the following reason(s):

1. That the instant case was commenced on November 20, 2009.

2. That Creditor filed a secured proof of claim on April 15, 2011.

3. That upon review of the proof of claim the Trustee is unable to determine the following:

    a. The name of the creditor owed the debt;

    b. The address to which payment should be sent;

    c. The address to which notices should be sent, if applicable; and

    d. The total claim amount.

4. That pursuant to Fed. R. Bankr. P. 3001(a) the Trustee objects to the allowance of said claim on the basis that said claim fails to "conform substantially to the appropriate Official Form."

5. That in addition to the above, Creditor has failed to provide evidence of perfection if its purported security interest, to wit: a title; based upon this, Creditor has failed to comply with Fed. R. Bankr. P. 3001(d).

6. As a result, the instant proof of claim should be disallowed in its entirety.

Wherefore, Trustee prays this Court for an Order disallowing the instant claim and for all other relief this Court deems just and equitable.

        WHEREFORE, Respectfully Submitted,
/s/ Russell C. Simon
RUSSELL C. SIMON, TRUSTEE
Chapter 13 Trustee
33 Bronze Pointe, Suite 110
Swansea, Illinois 62226
Telephone: (618) 277-0086
Telecopier: (618) 234-0124

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified by first class mail on this 28 day of April 2011:

/s/RebeccaS

Michael R Bryant
321 Marquis Ave
Wood River, IL  62095


TRI COUNTY MOTORS LLC
306 E NATIONAL HWY
P. O. BOX 625
WASHINGTON, IN 47501