IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
|   Michael R Bryant | ) | In proceedings under |
| | ) | Chapter 13 |
| | ) | |
|   Debtor(s). | ) | |
| | ) | Bk. No.: 09-33069 |
| RUSSELL C. SIMON, | ) | |
| | ) | |
|   Chapter 13 Trustee/Objector, | ) | |
|     v. | ) | |
| TRI COUNTY MOTORS LLC | ) | |
|   (Claim # 9), | ) | |
|     Creditor/Respondent. | ) | |

NOTICE OF OBJECTION TO CLAIM

An objection to your claim has been filed this date with the U.S. Bankruptcy Court for the Southern District of Illinois, 750 Missouri Ave., East St. Louis, IL 62201. A copy is attached hereto.

Any response in opposition to the objection must be filed with the Court within thirty (30) days of the date of this Notice, with a copy forwarded to all interested parties. If no response is filed, the Court will enter an order sustaining the objection and disallowing or modifying the claim without further notice to any party.

If a response is filed, a hearing on the objection will be held at **9:00 a.m.** on **Thursday, June 9, 2011**, before the **United States Bankruptcy Court for the Southern District of Illinois, 750 Missouri Ave., East St. Louis, IL 62201**. If a party fails to appear in person or by counsel, the Court may proceed with the scheduled hearing and may enter an appropriate order on the objection. You will receive no further notice of the hearing.

                                            **/s/ Russell C. Simon**
                                            RUSSELL C. SIMON, Trustee
                                            Chapter 13 Trustee
                                            33 Bronze Pointe, Suite 110
                                            Swansea, Illinois 62226
                                            Telephone: (618) 277-0086
                                            Telecopier: (618) 234-0124

Dated: April 28, 2011
RLS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee's Notice of Objection to Claim has been mailed to the following interested parties who have not been electronically notified on this day, Thursday, April 28, 2011, with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL.

/s/Rebecca

Michael R Bryant
321 Marquis Ave
Wood River, IL  62095

TRI COUNTY MOTORS LLC
306 E NATIONAL HWY
P. O. BOX 625
WASHINGTON, IN 47501